Eastern District of Kentucky
**F I L E D**

SEP 1 1 2014

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**UNITED STATES OF AMERICA**

**V.**

**INFORMATION NO.** _____

**PANAYIOTIS MICHAEL ZAVOS and
ZAVOS DIAGNOSTIC LABORATORIES, INC.**

\*   \*   \*   \*   \*

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### 21 U.S.C. § 331(a)(2)
### 21 U.S.C. § 333(a)(1)

On or about a day in June 2009, continuing through on or about a day in April

2010, in Fayette County, in the Eastern District of Kentucky, and elsewhere

### PANAYIOTIS MICHAEL ZAVOS

did knowingly introduce and deliver into interstate commerce misbranded medical

devices, that is the Zavos Home Conception Pak, the Zavos Seminal Collection Device, the

SpermPrep Viscolytic System, Home Gender Selection Products, Doctor IUI package, and

the Zavos Artificial Insemination Kits, violations of 21 U.S.C. § 352(o), all in violation of

21 U.S.C. §§ 331(a)(2) and 333(a)(1).

## COUNT 2
### 21 U.S.C. § 331(a)(2)
### 21 U.S.C. § 333(a)(2)

On or about a day in June 2009, continuing through on or about a day in April

2010, in Fayette County, in the Eastern District of Kentucky, and elsewhere

### ZAVOS DIAGNOSTIC LABORATORIES, INC.

did knowingly introduce and deliver into interstate commerce misbranded medical

devices, that is the Zavos Home Conception Pak, the Zavos Seminal Collection Device, the

SpermPrep Viscolytic System, Home Gender Selection Products, Doctor IUI package, and

the Zavos Artificial Insemination Kits, violations of 21 U.S.C. § 352(o), all in violation of

21 U.S.C. §§ 331(a)(2) and 333(a)(2).

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## **<u>PENALTIES</u>**

**COUNT 1:**  Imprisonment for not more than 1 year, a fine of not more than $100,000 or both.

**COUNT 2:**  A fine of not more than $500,000.

**PLUS:**  Mandatory special assessment of $25.00 for Count 1

Mandatory special assessment of $400.00 for Count 2

**PLUS:**  Restitution, if applicable.